**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**HARRY MICHAEL WRIGHT,**

    **Plaintiff,**

vs.                                                    Case No. 4:10cv85-MP/WCS

**MAYOR JOHN MARKS,**
**et al.,**

    **Defendants.**

                                 /

## SECOND SUPPLEMENTAL REPORT AND RECOMMENDATION

After issuance of the first report and recommendation to dismiss this case, doc. 19, Plaintiff, a *pro se* inmate, filed a motion to amend, doc. 21, and motion for reconsideration, doc. 22. I then entered a supplemental report and recommendation, doc. 23, finding the report and recommendation was correct as entered, this case should be dismissed, and recommended denial of the motion to amend.

Plaintiff has again filed another motion to amend, doc. 24, a proposed fourth amended complaint, doc. 25, and another motion for reconsideration, doc. 26. Plaintiff contends that he has now shown that Defendant Moody did not report that the alleged victim did not give a physical description of the alleged perpetrator and did not initial and date the photograph of Plaintiff that was shown to the victim in the photographic line-up.

There was still probable cause to arrest Plaintiff based upon the other information the victim gave to Defendant Moody and his investigation. Since amendment is futile, it should again be denied.

Plaintiff should not file another motion for reconsideration. Plaintiff's recourse is to file objections to the assigned District Judge.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's successive motion to amend, doc. 24, be **DENIED**, that Plaintiff's motion for reconsideration, doc. 26, be **DENIED**, and this case be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that all pending motions be denied.

**IN CHAMBERS** at Tallahassee, Florida, on November 22, 2010.

   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**